RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for ALI YASIN ROBSO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALI YASIN ROBSO,<br><br>        Defendant. | Case No. 2:08-cr-00346-RFB-GWF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy Assistant Federal Public Defender, counsel for Ali Yasin Robso that the Revocation Hearing currently scheduled on Thursday, February 22, 2018 at 3:30 p.m. be vacated and continued to a date and time convenient to the Court, but no sooner than ten (10) days.

      This Stipulation is entered into for the following reasons:

      1.     Defendant is detained at Pahrump. Undersigned defense counsel will need additional time to travel out to Pahrump again to meet with the client to discuss the details of the case and investigate the allegations contained in the petition, prior to proceeding.

2. The parties are in negotiations and agree to the need for continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 21st day of February, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00346-RFB-GWF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| ALI YASIN ROBSO, | |
| Defendant. | |

Based on the Stipulation of counsel, good cause appearing, and the best interests of justice being served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Thursday, February 22, 2018 at 3:30 p.m. be vacated and continued to  Wednesday, March 7, 2018  at the hour of  10:00 AM, Courtroom 7C.

DATED this  21st  day of February, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE